**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  DONALD D. ADAMAITIS                                              Case Number: 08-70222
        5425 GROUSE LANE                    SSN-xxx-xx-9370
        RICHMOND, IL  60071

                                                                 Case filed on:      1/29/2008
                                                                 Plan Confirmed on:  4/4/2008
                                    D Dismissed

Total funds received and disbursed pursuant to the plan:  $867.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | STATE LINE LEGAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CONDELL MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | LAKE COUNTY RADIOLOGY ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | MED 1 02 MIROSLAW J WALO MD SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DEPENDICARE LOC 1 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DONALD D. ADAMAITIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BAXTER CREDIT UNION | 25,713.35 | 0.00 | 0.00 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 29,911.69 | 29,911.00 | 795.39 | 0.00 |
| 003 | MCHENRY COUNTY TREASURER | 3,200.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 58,825.04 | 29,911.00 | 795.39 | 0.00 |
| 002 | COUNTRYWIDE HOME LOANS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CERTIFIED SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DEPENDON COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | DIVSFD SVC I | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | ROCKFORD MERCANTILE AGENCY INC | 1,011.00 | 1,011.00 | 0.00 | 0.00 |
| 012 | CERTIFIED SERVICES INC | 224.36 | 224.36 | 0.00 | 0.00 |
| 013 | OLD REPUBLIC INSURANCE CO | 15,539.63 | 15,539.63 | 0.00 | 0.00 |
| 014 | HSBC BANK N/A | 294.19 | 294.19 | 0.00 | 0.00 |
|  | Total Unsecured | 17,069.18 | 17,069.18 | 0.00 | 0.00 |
|  | Grand Total: | 75,894.22 | 46,980.18 | 795.39 | 0.00 |

Total Paid Claimant:       $795.39
Trustee Allowance:         $71.61          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:    0.00            discharging the trustee and the trustee's surety from any and all
                                           liablility on account of the within proceedings, and closing the estate,
                                           and for such other relief as is just.  Pursuant to FRBP, I hereby
                                           certify that the subject case has been fully administered.

Report Dated:

                                                   /s/ Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>09/26/2008</u>          By  <u>/s/Heather M. Fagan</u>